UNITED STATES of America,
Plaintiff–Appellee,

v.

Jose RUIZ–ZARAGOZA, Defendant–
Appellant.

No. 06–12441
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 6, 2007.

Duilio Abraham Espinosa–Montalban, Tampa, FL, for Defendant–Appellant.

Todd B. Grandy, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before ANDERSON, BARKETT and HILL, Circuit Judges.

PER CURIAM:

Duilio A. Espinosa–Montalban, appointed counsel for Jose Ruiz–Zaragoza, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is

GRANTED, and Ruiz–Zaragoza's conviction and sentence are AFFIRMED.